# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### ROANOKE DIVISION

CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

OCT 27 2006

JOHN F. CORCORAN CLERK
BY:

| | | |
|---|---|---|
| **BRAD ELLIS,** | ) | |
| Plaintiff, | ) | **Civil Action No. 7:06CV00374** |
| | ) | |
| **v.** | ) | **FINAL ORDER** |
| | ) | |
| **GENE JOHNSON, et al.,** | ) | **By: Hon. Glen E. Conrad** |
| Defendants. | ) | **United States District Judge** |

In accordance with the accompanying Memorandum Opinion, it is now

### ORDERED

as follows:

1.  Defendant M. Armes shall be and hereby is **DISMISSED** from the case;

2.  The motion for summary judgment filed by Gene Johnson, David Robinson, Kathleen Bassett, Dr. Baker, Sergeant Johnson, Sergeant Scott, and Sergeant Ratcliff shall be and hereby is **GRANTED**; and

3.  This action shall be and hereby is **STRICKEN** from the active docket of the court.

The Clerk is directed to send certified copies of this order and the accompanying memorandum opinion to the plaintiff and counsel of record for the defendants.

ENTER: This 27th day of October, 2006.

_____
United States District Judge